IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

PERRY L. CONNALLY

_____/

INFORMATION

3:25-mj-22

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE

That on or about June 1, 2024, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Eglin Air Force Base, Florida, the defendant,

**PERRY L. CONNALLY,**

did embezzle, steal, purloin and knowingly convert to his own use, property of the United States of a value less than One Thousand Dollars ($1,000.00), in violation of Title 18, United States Code, Section 641.

_____
JASON R. COODY
United States Attorney

January 10, 2025
_____
DATE

FILED USDC FLND PN
JAN 10 '25 PM 1:30